UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

15-CR-670 (CM)

MICHAEL ROSS CURTLER,

Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/22

### DECISION AND ORDER GRANTING PETITION FOR A WRIT OF ERROR *CORAM NOBIS*

McMahon, J.,

The Court has received a petition for a writ of error *coram nobis* from defendant Michael Curtler, Dkt. 37. Mr. Curtler asks that his guilty plea, conviction, and sentence be vacated. The Government does not oppose the petition, Dkt. 43. The unopposed petition is granted, for substantially the reasons that led the government not to oppose relief. The court makes no comment on the rest of the Government's submission.

Accordingly, the Court hereby vacates Mr. Curtler's guilty plea, conviction, and sentence, and directs that the Clerk of the Court refund all payments he has made toward the now vacated criminal monetary penalties.

This is the decision and order of the Court.

Dated: August 24, 2022

*[signature]*

Colleen McMahon
United States District Court Judge

BY ECF TO ALL COUNSEL